UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POWERHOUSE MARKS, LLC,

        Plaintiff,        Case No.:  08-CV-10292
                                     Honorable Judge Julian Abele Cook, Jr.
                                       Hon. Magistrate Judge R. Steven Whalen

v

HARNESS, DICKEY & PIERCE, P.L.C,
a Michigan Professional Limited Liability
Company, GEORGE T. SCHOOFF, an
individual, DAVID P. UTYKANSKI, an
individual, and BRENT G. SEITZ, an individual,

        Defendants.
_____/

| EDWARD G. LENNON PLLC | MILLER, CANFIELD, PADDOCK & STONE |
|---|---|
| Edward G. Lennon (P42278) | Thomas G. Parachini (P22832) |
| Attorney for Powerhouse Marks | David D. O'Brien (P65532) |
| 355 S. Old Woodward, Ste. 100 | Marcy L. Rosen (P67561) |
| Birmingham, MI 48009 | Attorneys for Harness Dickey parties |
| (248) 723-1276 | 150 W. Jefferson, Ste. 2500 |
| | Detroit, MI 48226 |
| | (313) 963-6420 |
| | |
| | COLLINS, EINHORN, FARRELL & ULANOFF |
| | Brian D. Einhorn (P13130) |
| | Donald D. Campbell (P43088) |
| | Co-counsel for Harness Dickey parties |
| | 4000 Town Center, Ste. 909 |
| | Southfield, MI 48075 |
| | (248) 355-4141 |

_____/

## CONSENT JUDGMENT OF NO CAUSE OF ACTION AS TO GEORGE T. SCHOOFF, DAVID P. UTYKANSKI AND BRENT G. SEITZ

Plaintiff Powerhouse Marks, LLC ("Powerhouse") hereby agrees to enter a Consent Judgment of No Cause of Action with respect to George T. Schooff ("Schooff"), David P. Utykanski ("Utykanski") and Brent G. Seitz ("Seitz"), dismissing this action with prejudice

against each of them through this Consent Judgment. In support of the entry of this Judgment, the Court makes the following findings:

1. Powerhouse consents to the entry of this Judgment of No Cause of Action in favor of Schooff, Utykanski and Seitz and against Powerhouse.

2. Schooff, Utykanski and Seitz's representation of Powerhouse in the underlying action met the professional standard of care.

3. There is no just reason for delaying entry of this Judgment of No Cause of Action.

4. Judgment of No Cause of Action is hereby entered on Schooff, Utykanski and Seitz's behalf, with each and every one of Powerhouse's allegations against Schooff, Utykanski and Seitz dismissed with prejudice.

5. No costs or attorneys' fees are awarded to Powerhouse, Schooff, Utykanski or Seitz.

6. This Judgment of No Cause of Action is final as to each and every one of Powerhouse's allegations against Schooff, Utykanski and Seitz, and each party waives any right to appeal this Judgment.


IT IS SO ORDERED.

Date:  March 4, 2011

              s/Julian Abele Cook, Jr.
              Hon. Julian Abele Cook, Jr.
              United States District Judge


Dated:  March 4, 2011

Plaintiff Powerhouse Marks, LLC and Defendants George T. Schooff, David P. Utykanski and Brent G. Seitz consent to the immediate entry of this Consent Judgment of No Cause of Action without further notice.

Stipulated as to form and content by:

| | |
|---|---|
| */s/ Edward G. Lennon* | */s/ Thomas G. Parachini* |
| Edward G. Lennon (P42278) | Thomas G. Parachini (P22832) |
| Attorney for Powerhouse Marks, LLC | Attorney for Harness Dickey parties |
| EDWARD G. LENNON PLLC | Miller Canfield Paddock & Stone PLC |
| 355 S. Old Woodward, Suite 100 | 150 West Jefferson, Suite 2500 |
| Birmingham, MI 48009 | Detroit, MI 48226 |
| (248) 723-1276 | (313) 963-6420 |
| elennon@lennonlawpllc.com | parachini@millercanfield.com |