UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

POWERHOUSE MARKS, LLC,

Plaintiff,

Case No.:  08-CV-10292
Honorable Judge Julian Abele Cook, Jr.
Hon. Magistrate Judge R. Steven Whalen

v

HARNESS, DICKEY & PIERCE, P.L.C,
a Michigan Professional Limited Liability
Company,

Defendants.

_____/

| | |
|---|---|
| EDWARD G. LENNON PLLC | MILLER, CANFIELD, PADDOCK & STONE |
| Edward G. Lennon (P42278) | Thomas G. Parachini (P22832) |
| Attorney for Powerhouse Marks | David D. O'Brien (P65532) |
| 355 S. Old Woodward, Ste. 100 | Marcy L. Rosen (P67561) |
| Birmingham, MI 48009 | Attorneys for Harness Dickey parties |
| (248) 723-1276 | 150 W. Jefferson, Ste. 2500 |
| | Detroit, MI 48226 |
| | (313) 963-6420 |
| | |
| | COLLINS, EINHORN, FARRELL & ULANOFF |
| | Brian D. Einhorn (P13130) |
| | Donald D. Campbell (P43088) |
| | Co-counsel for Harness Dickey parties |
| | 4000 Town Center, Ste. 909 |
| | Southfield, MI 48075 |
| | (248) 355-4141 |

_____/

## STIPULATION AND ORDER OF DISMISSAL

At a session of said Court held in the U.S. District
Court for the Eastern District of Michigan, Southern
Division, on  March 11, 2011.

PRESENT:   HON. JULIAN A. COOK, JR.
United States District Court Judge

This matter having come before the Court on stipulation of the parties and the Court

being otherwise fully advised:

IT IS HEREBY ORDERED that Defendant Harness, Dickey & Pierce, P.L.C. is dismissed with prejudice and without costs or attorneys fees.

This is a final Order and closes Case No. 08-CV-10292 and Case No. 08-CV-10484.

Date:  March 11, 2011

s/Julian Abele Cook, Jr.
Hon. Julian A. Cook, Jr.
United States District Judge

**Stipulated as to form and content:**

EDWARD G. LENNON PLLC

By: */s/ Edward G. Lennon*
Edward G. Lennon (P42278)
Attorney for Powerhouse Marks
355 S. Old Woodward, Ste. 100
Birmingham, MI 48009
(248) 723-1276

MILLER, CANFIELD, PADDOCK & STONE

By: */s/ Thomas G. Parachini*
Thomas G. Parachini (P22832)
David D. O'Brien (P65532)
Marcy L. Rosen (P67561)
Attorneys for Harness Dickey parties
150 W. Jefferson, Ste. 2500
Detroit, MI 48226
(313) 963-6420

18,833,000.2\038456-00010
DRAFT 03/01/11 9:14 AM